1911.) Proceeding by the People of the State of New York against Manuel Alvarez, alias, etc. No opinion. Motion denied. Order filed. See, also, 129 N. Y. Supp. 1139.

PEOPLE, Respondent, v. BAILEY, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Proceeding by the People of the State of New York against Francis G. Bailey. C. L. Jordan, for appellant. R. C. Taylor, for the People. No opinion. Judgment and orders affirmed. Order filed.

PEOPLE, Appellant, v. BARBUL, Respondent. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Proceeding by the People of the State of New York against Romanul Gabriel Barbul. J. J. Dwyer, for the People. A. S. Gilbert, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE v. DE CHIARO. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Proceeding by the People of the State of New York against Ernesto De Chiaro. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. DUFFY. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Proceeding by the People of the State of New York against William Duffy. No opinion. Motion granted. Settle order on notice. See, also, 128 N. Y. Supp. 1138.

PEOPLE v. FARRINGTON et al. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Proceeding by the People of the State of New York against William Farrington, impleaded with others.

PER CURIAM. Judgment of conviction of the County Court of Kings county affirmed.

CARR, J., dissents.

PEOPLE, Respondent, v. GIANNONE, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Proceeding by the People of the State of New York against Pietro Giannone. W. H. Osborne, for appellant. R. C. Taylor, for the people. No opinion. Judgment and order affirmed. Order filed. See, also, 134 App. Div. 966, 119 N. Y. Supp. 1139.

PEOPLE, Appellant, v. GUERCID, Respondent. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Proceeding by the People of the State of New York against Joseph Guercid.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that the uncontradicted evidence in the case establishes a sale of olive oil which was both adulterated and misbranded. People v. Park, 60 App. Div. 255, 69 N. Y. Supp. 1120; People v. Butler, 134 App. Div. 151, 118 N. Y. Supp. 849, appeal dismissed, 200 N. Y. 556, 93 N. E. 1127.

PEOPLE v. HARRISON ST. COLD STORAGE CO. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Proceeding by the People of the State of New York against the Harrison Street Cold Storage Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 138 App. Div. 124, 122 N. Y. Supp. 1002.

PEOPLE, Appellant, v. MENDELOWITZ, Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Proceeding by the People of the State of New York against Louis Mendelowitz. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the judgment is clearly against the weight of evidence.

PEOPLE, Respondent, v. MULDOON, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Proceeding by the People of the State of New York against Michael F. Muldoon. J. F. Cowan, for appellant. R. S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. MURPHY. (Supreme Court, Appellate Division, First Department. March, 1911.) Proceeding by the People of the State of New York against John Murphy. No opinion. Motion granted, unless defendant complies with terms stated in memorandum per curiam. Settle order on notice.

PEOPLE, Respondent, v. PETTANZA. Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Proceeding by the People of the State of New York against Stanislao Pettanza, alias Leonardo Armaeto. No opinion. Judgment of conviction and order of the County Court of Kings county affirmed.

PEOPLE, Respondent, v. REARDON, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Proceeding by the People of the State of New York against Timothy Reardon. C. L. Jordan, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed. Order filed. See, also, 137 App. Div. 948, 123 N. Y. Supp. 1134.

PEOPLE, Respondent, v. SCHWARTZ, Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Proceeding by the People of the State of New York against Max Schwartz. No opinion. Judgment of conviction of the County Court of Kings county affirmed.

PEOPLE v. SILVERSTEIN. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Proceeding by the People of the State of New York against Israel Silverstein. No opinion. Motion to dismiss appeal granted. Order filed.